No. 89–1380.    CRIDER *v.* UNITED STATES, 495 U. S. 956.    Motion of petitioner to defer consideration of petition for rehearing denied.    Petition for rehearing denied.

No. 89–1803.    SCHAEFER *v.* GALLEGO ET AL., *ante,* p. 1026. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.    Petition for rehearing denied.

No. 89–7350.    IN RE SWENTEK, 496 U. S. 904.    Motion for leave to file petition for rehearing denied.